AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| CARDONE VENTURES, LLC, a Delaware limited liability company, and 10X HEALTH VENTURES, LLC, a Delaware limited liability company,<br><br>*Plaintiff(s)*<br><br>v.<br><br>IJS PRESENTATIONS, LLC, a Delaware limited liability company, GARY BRECKA, an individual, and ULTIMATE HUMAN, LLC, a Delaware limited liability company, CICELY S. ("SAGE") WORKINGER, an individual, and TURNING POINT HOLDINGS, LLC, a Florida limited liability company,<br><br>*Defendant(s)* | Civil Action No. 1:24-cv-25091-CMA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  GARY BRECKA
2699 S. Bayshore Dr., Unit LPH-N
Miami, FL 33133

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Buchanan Ingersoll & Rooney PC
2 S. Biscayne Blvd., Ste., 1500, Miami, FL 33131, Tel.: (305) 347-4080
Miranda L. Soto, Esq., Daniel R. Lazaro, Esq., Victoria B. Kush, Esq., & Masiel P. Almon, Esq.
miranda.soto@bipc.com, dan.lazaro@bipc.com, victoria.kush@bipc.com, masiel.almon@bipc.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: 12/27/2024

*s/ Nadhege Augustin*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| CARDONE VENTURES, LLC, a Delaware limited liability company, and 10X HEALTH VENTURES, LLC, a Delaware limited liability company,<br><br>*Plaintiff(s)*<br>v.<br>IJS PRESENTATIONS, LLC, a Delaware limited liability company, GARY BRECKA, an individual, and ULTIMATE HUMAN, LLC, a Delaware limited liability company, CICELY S. ("SAGE") WORKINGER, an individual, and TURNING POINT HOLDINGS, LLC, a Florida limited liability company,<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:24-cv-25091-CMA<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Cicely S. Workinger a/k/a Sage Workinger
2699 S. Bayshore Dr., Unit LPH-N
Miami, FL 33133

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Buchanan Ingersoll & Rooney PC
2 S. Biscayne Blvd., Ste., 1500, Miami, FL 33131, Tel.: (305) 347-4080
Miranda L. Soto, Esq., Daniel R. Lazaro, Esq., Victoria B. Kush, Esq., & Masiel P. Almon, Esq.
miranda.soto@bipc.com, dan.lazaro@bipc.com, victoria.kush@bipc.com, masiel.almon@bipc.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SUMMONS

Angela E. Noble
Clerk of Court

Date: 12/27/2024

*s/ Nadhege Augustin*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| CARDONE VENTURES, LLC, a Delaware limited liability company, and 10X HEALTH VENTURES, LLC, a Delaware limited liability company, <br><br> *Plaintiff(s)* <br> v. <br> IJS PRESENTATIONS, LLC, a Delaware limited liability company, GARY BRECKA, an individual, and ULTIMATE HUMAN, LLC, a Delaware limited liability company, CICELY S. ("SAGE") WORKINGER, an individual, and TURNING POINT HOLDINGS, LLC, a Florida limited liability company, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:24-cv-25091-CMA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  IJS PRESENTATIONS, LLC
c/o its Registered Agent, Capitol Services, Inc.
108 Lakeland Avenue
Dover, Delaware 19901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Buchanan Ingersoll & Rooney PC
2 S. Biscayne Blvd., Ste., 1500, Miami, FL 33131, Tel.: (305) 347-4080
Miranda L. Soto, Esq., Daniel R. Lazaro, Esq., Victoria B. Kush, Esq., & Masiel P. Almon, Esq.
miranda.soto@bipc.com, dan.lazaro@bipc.com, victoria.kush@bipc.com, masiel.almon@bipc.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SUMMONS

Date:  12/27/2024

*s/ Nadhege Augustin*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| CARDONE VENTURES, LLC, a Delaware limited liability company, and 10X HEALTH VENTURES, LLC, a Delaware limited liability company, | ) ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:24-cv-25091-CMA |
| IJS PRESENTATIONS, LLC, a Delaware limited liability company, GARY BRECKA, an individual, and ULTIMATE HUMAN, LLC, a Delaware limited liability company, CICELY S. ("SAGE") WORKINGER, an individual, and TURNING POINT HOLDINGS, LLC, a Florida limited liability company, | ) ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Turning Point Holdings, LLC
c/o its Registered Agent, Cicely S. Workinger
1188 Rainbow Drive
Naples, FL 34104

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Buchanan Ingersoll & Rooney PC
2 S. Biscayne Blvd., Ste., 1500, Miami, FL 33131, Tel.: (305) 347-4080
Miranda L. Soto, Esq., Daniel R. Lazaro, Esq., Victoria B. Kush, Esq., & Masiel P. Almon, Esq.
miranda.soto@bipc.com, dan.lazaro@bipc.com, victoria.kush@bipc.com, masiel.almon@bipc.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  12/27/2024

Angela E. Noble
Clerk of Court

SUMMONS

s/ Nadhege Augustin
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| CARDONE VENTURES, LLC, a Delaware limited liability company, and 10X HEALTH VENTURES, LLC, a Delaware limited liability company, *Plaintiff(s)* <br><br> v. <br><br> IJS PRESENTATIONS, LLC, a Delaware limited liability company, GARY BRECKA, an individual, and ULTIMATE HUMAN, LLC, a Delaware limited liability company, CICELY S. ("SAGE") WORKINGER, an individual, and TURNING POINT HOLDINGS, LLC, a Florida limited liability company, *Defendant(s)* | Civil Action No. 1:24-cv-25091-CMA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Ultimate Human, LLC
c/o its Registered Agent, Capitol Services, Inc.
108 Lakeland Avenue
Dover, Delaware 19901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Buchanan Ingersoll & Rooney PC
2 S. Biscayne Blvd., Ste., 1500, Miami, FL 33131, Tel.: (305) 347-4080
Miranda L. Soto, Esq., Daniel R. Lazaro, Esq., Victoria B. Kush, Esq., & Masiel P. Almon, Esq.
miranda.soto@bipc.com, dan.lazaro@bipc.com, victoria.kush@bipc.com, masiel.almon@bipc.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 12/27/2024

Angela E. Noble
Clerk of Court

SUMMONS

*s/ Nadhege Augustin*
Deputy Clerk
U.S. District Courts