UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:24-25091-CIV-ALTONAGA/REID

CARDONE VENTURES, LLC, a Delaware limited liability company,

               Plaintiff/Counter-Defendant,

v.

ULTIMATE HUMAN, LLC, a Delaware limited liability company,

               Defendant/Counter-Plaintiff.

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41 and the Confidential Settlement Agreement between the Parties, Plaintiff/Counter-Defendant, Cardone Ventures, LLC and Defendant/Counter-Plaintiff, Ultimate Human, LLC, voluntarily file this Joint Stipulation of Dismissal with Prejudice (the "Stipulation"). This Stipulation dismisses any and all claims and counterclaims that were or could have been asserted herein, with each party to bear their own attorneys' fees and costs.

Dated: April 18, 2025

Respectfully submitted,

| Plaintiff/Counter-Defendant Cardone Ventures, LLC | Defendant/Counter-Plaintiff Ultimate Human, LLC |
|---|---|
| By: /s/ *Miranda L. Soto* <br> Miranda L. Soto (Fla. Bar No. 637963) <br> miranda.soto@bipc.com <br> Daniel R. Lazaro (Fla. Bar No. 99021) <br> dan.lazaro@bipc.com <br> Buchanan Ingersoll & Rooney PC | By: /s/ *Geoffrey Lottenberg* <br> James D. Gassenheimer (Fla. Bar No. 959987) <br> jgassenheimer@bergersingerman.com <br> Marianne Curtis (Fla. Bar No. 92729) <br> mcurtis@bergersingerman.com <br> Perry Hicks (Fla. Bar No. 1050892) |

1

| | |
|---|---|
| 2 South Biscayne Blvd., Suite 1500<br>Miami, FL 33131<br>Tel: (305) 347-4080<br>Fax: (305) 347-4089 | phicks@bergersingerman.com<br>Geoffrey Lottenberg (Fla. Bar No. 56240)<br>glottenberg@bergersingerman.com<br>Ana E. Kauffmann (Fla. Bar No. 89092)<br>akauffmann@bergersingerman.com |
| John M. Nading (DC Bar No. 981625)<br>john.nading@bipc.com<br>(admitted pro hac vice)<br>Buchanan Ingersoll & Rooney PC<br>1700 K Street, NW, Suite 300<br>Washington, DC 20006-3807<br>Tel: 202-452-7900<br>Fax: 202-452-7989 | Berger Singerman LLP<br>1450 Brickell Ave., Suite 1900<br>Miami, FL 33131<br>Tel: (305) 755-9500<br>Fax: (305) 714-4340 |